# Court of Appeals
# of the State of Georgia

ATLANTA, July 08, 2026

*The Court of Appeals hereby passes the following order:*

## A26A2331. MICHAEL JAMES GOBERT v. THE STATE.

Michael Gobert was convicted of felony murder and other offenses and was sentenced to life in prison. The Supreme Court of Georgia affirmed his convictions. *Gobert v. State*, 311 Ga. 305 (857 SE2d 647) (2021). Gobert filed a motion to vacate void judgment, which the trial court dismissed. Gobert then filed this appeal. However, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III(8). Because a penalty of death may be imposed for the crime of felony murder, jurisdiction over this appeal lies in the Supreme Court. See OCGA § 16-5-1(c), (e)(1); see also *Hart v. State*, 322 Ga. 1, 10(1) (917 SE2d 631) (2025) (even in murder cases in which the death penalty was not sought, the Supreme Court has opted to exercise its jurisdiction to review all such cases). The Supreme Court's jurisdiction over murder cases includes appeals from orders resolving post-judgment motions in such cases. See *Simpson v. State*, 292 Ga. 764 (740 SE2d 124) (2013). Thus, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/08/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*